# United States District Court

CENTRAL            DISTRICT OF   CALIFORNIA

UNITED STATES OF AMERICA
V.

LASHAWN ANDREA LYNCH
Reg. Number: 33421-112

FILED CLERK, U.S. DISTRICT COURT
JAN 30 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**CRIMINAL COMPLAINT**

CASE NUMBER: M 14 00189

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __November 5, 2013__, in Los Angeles County, in the Central District of California defendant _____**LASHAWN ANDREA LYNCH**_____ did escape from the custody of United States Attorney General in violation of Title __18__ United States Code, Section(s) __751__ I further state that I am a(n) __Deputy U.S. Marshal__ and that this complaint is based on the following facts:

On November 5, 2013, information was received from the Federal Bureau of Prisons, Community Corrections Center, that **LYNCH** had escaped from the Marvin Gardens Community Corrections Center, 9411 S. Central Avenue, Los Angeles, CA 91710. **LYNCH** is described as a black female, born October 7, 1991, 5'05" tall, weighing 160 lbs, with black hair and brown eyes. The institution and/or court records I reviewed indicate that on June 8, 2009, **LYNCH** was sentenced to a term of 60 months' imprisonment and four years' supervised release by the United States District Court for the Central District of California, for violating Title 21, United States Code, Section 841(a)(1), Possession with Intent to Distribute and Distribution of Heroin.

On August 1, 2013, LYNCH was transferred from FCI Dublin Satellite Camp to the Marvin Gardens RRC to complete the final portion of her sentence. On November 5, 2013, **LYNCH** walked away from the facility with her personal effects and failed to return to the facility. As a result, the RRM was notified and **LYNCH** was placed on escape status. At the time of escape, **LYNCH** had a projected release date of December 29, 2013.

Continued on the attached sheet and made a part hereof:    ☐Yes ☒No

/S/
Signature of Complainant
Rachel Swalls
Deputy U.S. Marshal

Sworn to before me and subscribed in my presence,

1/30/2014
Date

at    Los Angeles, California
      City and State

ANDREW J. WISTRICH

Name & Title of Judicial Officer                Signature of Judicial Officer

Ryan H. Weinstein
RHW :vb  (Warrant) and Detention