ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
RYAN H. WEINSTEIN (Cal. Bar No. 240405)
Assistant United States Attorney
OCDETF Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:  (213) 894-8957
     Facsimile:  (213) 894-0141
     E-mail:     ryan.weinstein@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 14-MJ-189-DUTY |
|---|---|
| Plaintiff, | NOTICE OF LODGING OF [PROPOSED] ORDER FOR DISMISSAL OF MAGISTRATE'S COMPLAINT |
| v. | |
| LASHAWN ANDREA LYNCH, | |
| Defendant. | |

1    Plaintiff United States of America, by and through its counsel
2 of record, Assistant United States Attorney Ryan H. Weinstein,
3 hereby lodges the attached [Proposed] Order for Dismissal of
4 Magistrate's Complaint in the above-referenced case.

Dated: June 10, 2014                Respectfully submitted,

                                    ANDRÉ BIROTTE JR.
                                    United States Attorney

                                    ROBERT E. DUGDALE
                                    Assistant United States Attorney
                                    Chief, Criminal Division


                                          /s/
                                    RYAN H. WEINSTEIN
                                    Assistant United States Attorney

                                    Attorneys for Plaintiff
                                    UNITED STATES OF AMERICA