ANDRÉ BIROTTE JR.
United States Attorney
By: RYAN H. WEINSTEIN (213-894-8957)
United States Courthouse
312 N. Spring Street
Los Angeles, CA  90012

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                              PLAINTIFF,<br><br>                    v.<br><br>LASHAWN ANDREA LYNCH,<br><br>                              DEFENDANT | CASE NUMBER<br><br>14-MJ-00189-DUTY<br><br>[PROPOSED] ORDER FOR DISMISSAL OF MAGISTRATE'S COMPLAINT |
|---|---|

    A Magistrate's Complaint having been filed before the United States Magistrate Andrew J. Wistrich in Los Angeles, California, against the above-named defendant, charging violation of Title 18, United States Code, Section 751, and the United States Attorney having moved for a dismissal of the complaint,

    IT IS HEREBY ORDERED that said Complaint be dismissed without prejudice.


Date: _____     _____
                                                                                         United States Magistrate Judge


Presented by:


      /s/
_____
RYAN H. WEINSTEIN
Assistant United States Attorney

**Complaint Filed: January 30, 2014**

                                      **Is the person in custody?**
                                      **YES**    ☐
                                      **NO**      ☒