ANDRÉ BIROTTE JR.
United States Attorney
By: RYAN H. WEINSTEIN (213-894-8957)
United States Courthouse
312 N. Spring Street
Los Angeles, CA  90012



FILED
CLERK, U.S. DISTRICT COURT

JUN 11 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>v.<br><br>LASHAWN ANDREA LYNCH,<br><br>DEFENDANT | CASE NUMBER<br><br>14-MJ-00189-DUTY<br><br>---<br><br>[~~PROPOSED~~] ORDER FOR DISMISSAL<br>OF MAGISTRATE'S COMPLAINT |

A Magistrate's Complaint having been filed before the United States Magistrate Andrew J. Wistrich in Los Angeles, California, against the above-named defendant, charging violation of Title 18, United States Code, Section 751, and the United States Attorney having moved for a dismissal of the complaint,

IT IS HEREBY ORDERED that said Complaint be dismissed without prejudice.

Date: 6/11/14

_____
United States Magistrate Judge

Presented by:

_____/s/_____
RYAN H. WEINSTEIN
Assistant United States Attorney

**Complaint Filed: January 30, 2014**

## Is the person in custody?
## YES  ☐
## NO  ☒